# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06-4112-MWB |
| Plaintiff, | |
| vs. | ORDER REGARDING DEFENDANT'S MOTION TO AMEND BRIEFS SUPPORTING POST TRIAL MOTIONS |
| THOMAS HUNTLEY, | |
| Defendant. | |

_____

This matter comes before the court on defendant Thomas Huntley's Motion To Amend Briefs Supporting Motions Under Rules 29 and 33 (#93). Defendant Huntley's motion is **granted** and he shall have until May 7, 2007, in which to file amended briefs on his post trial motions in this case.

**IT IS SO ORDERED.**

**DATED** this 3rd day of May, 2007.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA